# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BOONE SERVICES, LLC

VERSUS

RUSTON PROPERTIES, LLC AND
JOHN E. RUSTON, III

NO.   2021 CW 0408

**JULY 19, 2021**

In Re:   Ruston Properties, LLC and John E. Ruston, III, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 668121.

**BEFORE:   WHIPPLE, C.J., WELCH AND WOLFE, JJ.**

WRIT DENIED. The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981)(*per curiam*) are not met.

**VGW**
**EW**

Welch, J., concurs in part and dissents in part. I would grant the writ in part and deny the writ in part. I would reverse the judgment of the trial court that overruled the peremptory exception of no cause of action filed by Ruston Properties, LLC and John E. Ruston, III. Where the law provided plaintiff with another remedy, plaintiff fails to state a cause of action in unjust enrichment. **Walters v. MedSouth Record Mgmt., LLC,** 2010-0353 (La. 6/4/10), 38 So.3d 243, 244. I would sustain the exception and dismiss the claim of Boone Services, LLC, only as to its claim for unjust enrichment, with prejudice. In all other respects, I would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

<u>DEPUTY CLERK OF COURT</u>
FOR THE COURT